[No. 38231-4-I.   Division One.   December 8, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ELVE
ROBINSON, JR., *Appellant*.

The opinion in the above captioned case, which appeared
in the advance sheets at 89 Wn. App. 56-66, has been omit-
ted from this permanent bound volume because of an
amendment of the opinion made by an order of the Court
of Appeals dated March 9, 1998. The opinion, as modified,
appears at 89 Wn. App. 530.

THE NEXT PAGE IS NUMBERED 67.